

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandon Sinclair Bruce<br><br>Plaintiff,<br>V.<br><br>Xavier Becerra Secretary, U.S. Department of Helath and Human Services<br><br>Defendant. | Civil Action No.   23-cv-214-JES-JLB<br><br>**CLERK'S JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court Grants the Defendant's Motion to Dismiss and Dismisses the Plaintiff's Second Amended Complaint without leave to amend.

The case is hereby closed.

Date:   5/13/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  M. Quinata

M. Quinata, Deputy